UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRENDA G. SIMMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INDIANA STATE POLICE, ) <br> ) <br> Defendant. ) | 2:10-cv-275-WGH-JMS |

**FINAL JUDGMENT**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's Motion for Summary Judgment is granted, that judgment is entered for the defendant and against the plaintiff, and that the plaintiff take nothing by her complaint.

Date: 02/29/2012

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Laura Lee Bowker
INDIANA ATTORNEY GENERAL
laura.bowker@atg.in.gov

Eric A. Frey
FREY LAW FIRM
freylaw@aol.com

Cory Christian Voight
INDIANA OFFICE OF THE ATTORNEY GENERAL
cory.voight@atg.in.gov